AO 440A (8/87) Notice and Acknowledgement for Service by Mail

# United States District Court

_____JUDICIAL_____ DISTRICT OF _____MASSACHUSETTS_____

KINGVISION PAY-PER-VIEW, LTD.

V.

James Cairns and Patrick Connors Tavern, Inc. d/b/a Packy Connors

**NOTICE AND ACKNOWLEDGEMENT FOR SERVICE BY MAIL**

CASE NUMBER:

### NOTICE

TO: James Cairns  203 Blue Hill Road, Roxbury, MA  02119
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgement part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgement by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgement of Receipt of Summons and Complaint will have been mailed on ___2/14___, 2005.
Date

_____
Signature of Sender

GARY D. BERKOWITZ, EQ.
Name of Sender

One James St. Providence, RI 02903
Address of Sender

### ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ___2/14/05___ at ___203 Blue Hill Ave Roxbury, MA 02119___
Date of Receipt                        Address

___3/11/05___                  ___James P. Cairns___
Date of Signature                              Signature

___James P. Cairns___              ___President___
Name (Please Type or Print)       Relationship of Entity Served or Authority to Receive Service of Process