AO 440A (8/87) Notice and Acknowledgement for Service by Mail

# United States District Court

FILED
CLERKS OFFICE
2005 MAR 15 P 1: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

JUDICIAL _____ DISTRICT OF __MASSACHUSETTS__

KINGVISION PAY-PER-VIEW, LTD.

V.

James Cairns and Patrick Connors Tavern, Inc.
d/b/a Packy Connors

NOTICE AND ACKNOWLEDGEMENT
FOR SERVICE BY MAIL

CASE NUMBER:

NOTICE

TO: James Cairns 203 Blue Hill Road, Roxbury, MA 02119
    for Patrick Connors Tavern
    Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgement part of this form and return one copy of the completed form to the sender to be received by the sender within 20 days of the date of mailing indicated below.

You must sign and date the acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgement by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgement of Receipt of Summons and Complaint will have been mailed on __2/14__, 2005.
                                Date

_____
Signature of Sender

GARY D. BERKOWITZ, EQ.              One James St. Providence, RI 02903
     Name of Sender                         Address of Sender

ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in the above
__2/11/05__ at __203 Blue Hill Ave Roxbury, MA 02119__
Date of Receipt        Address

__3/11/05__                         __James P. Cairns__
Date of Signature                        Signature

__James P. Cairns__                 __President__
Name (Please Type or Print)         Relationship of Entity Served