UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: GARY D. BERKOWITZ, ESQ.

**MOTION TO BE EXCUSED FROM COURT**

Now comes Gary D. Berkowitz, Esq. and moves this Honorable Court for permission to be excused from attendance in the U.S. District Court, District of Massachusetts, on the following dates:
April 13 through April 19, 2005

Petitioner will be on vacation with his family during the time indicated.

I have no matters scheduled for hearing in this Court during said time period.

The only actions pending are   05-10263 KingVision v. James Cairns
                                05-10265 KingVision v. Boston Bistro, Inc.
                                05-10262 KingVision v. Paul Hammond
                                05-10261 KingVision v. Torri Canada
                                05-10264 KingVision v. Elynor Walcott
                                05-10266 KingVision v. David Giangregorio

All of these actions are presently being served or are in settlement negotiation.

Dated: March 28, 2005

Respectfully submitted,

_____
GARY D. BERKOWITZ, ESQ. #2732
One James Street
Providence, RI 02903
Tel: 751-7671      Fax: 751-1146

## CERTIFICATION

I certify that on this 28 th day of March, 2005, a copy of this Motion was mailed to :

Frank J. DiMento, Esq.
DiMento & Sullivan
Seven Faneuil Hall Marketplace
Boston, MA   02169-1649

James Cairns
203 Blue Hills Avenue
Roxbury, MA 02119

_____