UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY- PER- VIEW CORP. LTD. :
: 
v. : Civil Action 05- 10263 GAO
:
JAMES CAIRNS and :
PATRICK CONNORS TAVERN, INC. :

PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF PATRICK CONNORS TAVERN, INC.

Plaintiff moves to strike the answer of Defendant Patrick Connors Tavern, Inc. For the following reason:

Patrick Connors Tavern, Inc. is a Massachusetts corporation. Corporations may not appear and plead except through counsel. See Local Rule 83.5.3 . Mr. Cairns may represent himself only.

WHEREFORE, Plaintiff requests that this Order ber Granted, and that the corporate defendant's answer be stricken, and the corporation be allowed a reasonable amount of time to answerr by an attorney admitted to practice in this Court.

KINGVISION PAY- PER- VIEW CORP. LTD
by its attorney,

_____
Gary D. Berkowitz, Esq. #632536
One James Street
Providence, RI 02903
Tel: (401) 751-7671       Fax: (401) 751-1146

CERTIFICATION

I certify that I mailed a copy of this Motion and accompanying materials this 25th day of May, 2005 to the parties set forth below:
James Cairns, personally and for the corporation
203 Blue Hill Avenue, Roxbury, MA  02119

_____